**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/15/2017

IN RE:

| | |
|---|---|
| LORENE ANN DRAKE<br>738 MAIN STREET<br>ROCKWOOD, PA 15557<br>XXX-XX-0593          Debtor(s) | Case No.12-71032 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/15/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **GECRB/CCA**<br>POB 965036<br><br>ORLANDO, FL  32896 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  8454 |
| **US BANK NA - TRUSTEE RMAC TRUST SER 2016**<br>C/O RUSHMORE LOAN MGMNT SVCS<br>15480 LAGUNA CANYON RD STE 100<br>IRVINE, CA  75261-9741 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT:  RS/DOE*SURR@BENEFICIAL CDC/PL*CL=59109.95*FR HSBC MTG-DOC 68*FR CAL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3204 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:3   INT %: 4.25%<br>Court Claim Number:12<br>CLAIM:  7,950.00<br>COMMENT:  $@4.25%/DOE*PMT/CONF*W/61 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6585 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*DK*CL=4226.84 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6585 |
| **WESBANCO BANK INC(*)**<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV  26003 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  0.00<br>COMMENT:  RS/DOE*SURR/PL*CL=23394.76 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4137 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  61.92<br>COMMENT:  5093:11*$@0%MDF/PL*3.33PMT*PRI/SCH*PIF/CR/LTR | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  5093 |
| **FIRST AMERICAN BANK**<br>POB 1632<br><br>MERRIFIELD, VA  22116-1632 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NO ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0593 |
| **FIRST AMERICAN CASH ADVANCE/ VALUED SER**<br>7047 LEE HIGHWAY<br><br>CHATTANOOGA, TN  37421 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0593 |
| **AES/PHEAA****<br>POB 8147**<br><br>HARRISBURG, PA  17105 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ...0001 |
| **AES/PHEAA****<br>POB 8147**<br><br>HARRISBURG, PA  17105 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ...0002 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 7,300.43<br>COMMENT: 0003/SCH*FR AES/PHEAA-DOC 42*FR PHEAA-DOC 57 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0593 |
| **AES/PHEAA****<br>POB 8147**<br>HARRISBURG, PA 17105 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: KEYCON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0004 |
| **SUNTRUST BANK****<br>SUPPORT SVCS/BANKRUPTCY<br>POB 85092**<br>RICHMOND, VA 23286 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 14,359.45<br>COMMENT: 0005~AES-PHEAA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: C4VG |
| **AMERICAN EXPRESS**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8203 |
| **AMERILOAN**<br>3531 P STR NW<br>MIAMI, OK 74355 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0720 |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br>CAROL STREAM, IL 60197-4153 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1762 |
| **CACH LLC/CACV/COLLECT AMERICA(*)**<br>PO BOX 5980<br>DENVER, CO 80217 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0445 |
| **BOSCOV'S**<br>POB 4274<br>READING, PA 19606-0674 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0537 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...4891 |

| Creditor | Trustee Claim / Court Claim / Claim | Cred Desc / Account No. / Comment |
|---|---|---|
| **CASHCALL INC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,524.74<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5909 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1167 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8915 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6HIR |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...T592 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0055 |
| **EQUITY ONE INC**<br>POB 3251<br>EVANSVILLE, IN  47731 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...4712 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA  15701 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...8976 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA  15701 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...1949 |
| **FRANKLIN JOHNSTOWN FCU***<br>310 BLOOMFIELD ST*<br>JOHNSTOWN, PA  15094 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0315 |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **GECC/ LOWE'S++**<br>POB 103104<br><br>ROSWELL, GA  30076 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0675 |
| **GEMB/WALMART DC++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...3811 |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br><br>CAROL STREAM, IL  60197-4153 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6600 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ...2777 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*MSCPI | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ...3217 |
| **STERLING INC DBA KAY JEWELERS**<br>ATTN: BANKRUPTCY DEPT<br>375 GHENT ROAD<br>AKRON, OH  44333 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...8166 |
| **KEYSTONE REWARDS**<br>25 E HIGH ST<br><br>WAYNESBURG, PA  15370 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0001 |
| **KEYSTONE REWARDS**<br>25 E HIGH ST<br><br>WAYNESBURG, PA  15370 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0002 |
| **NRA GROUP LLC***<br>POB 67015<br><br>HARRISBURG, PA  17106-7015 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...6366 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  6,425.98<br>COMMENT:  0204/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6585 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0001 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0108 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,900.53<br>COMMENT: NO NUM~$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7764 |
| **SALLIE MAE PC TRUST**<br>C/O SALLIE MAE INC<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 9,120.64<br>COMMENT: NO$~0805/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0593 |
| **SALLIE MAE PC TRUST**<br>C/O SALLIE MAE INC<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 9,299.02<br>COMMENT: NO$~0827/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0593 |
| **SEARS/CITI CARD USA\*+++**<br>BANKRUPTCY DEPT\*<br>POB 182149\*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0407 |
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br>SOMERSET, PA 15501 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...4985 |
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br>SOMERSET, PA 15501 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...6080 |
| **SPRINGLEAF FINANCIAL SERVICES INC(\*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...6674 |
| **SPRINGLEAF FINANCIAL SERVICES INC(\*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1511 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7428 |
| **UNITED REFINING CO**<br>213 2ND AVE<br>POB 599<br>WARREN, PA 16365-0599 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 860.51<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6150 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 436.06<br>COMMENT: 3257~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0381 |
| **DELL INC**<br>BLDG 1 MS 8052<br>1 DELL WAY<br>ROUND ROCK, TX 78682 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEBBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4853 |
| **WELLS FARGO FINANCIAL\*\***<br>MAC F4031-086<br>800 WALNUT ST<br>DES MOINES, IA 50309 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...9662 |
| **WILLIAMS CREDIT**<br>73 GREENTREE DR<br>#56<br>DOVER, DE 19904 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0593 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 241.72<br>COMMENT: SCH @ CID 53 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ASSET ACCEPTANCE LLC ASSIGNEE FIRST ENE**<br>PO BOX 2036<br>WARREN, MI 48090 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,409.53<br>COMMENT: NT/SCH*PENN ELEC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6019 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 3,038.55<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4771 |
| **US BANK NA - TRUSTEE RMAC TRUST SER 2016**<br>C/O RUSHMORE LOAN MGMNT SVCS<br>15480 LAGUNA CANYON RD STE 100<br>IRVINE, CA 75261-9741 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: RS/DOE*NT PROV/PL*NTC POSTPET FEE/EXP*REF CL*W/2*CL=2445.16*FR HSBC-I | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3204 |

| PA STATE EMPLOYEES CU/PSECU | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 67013 | Court Claim Number:12 | ACCOUNT NO.:  6585 |
|  | CLAIM:  1,358.62 |  |
| HARRISBURG, PA  17106-7013 | COMMENT:  UNS BAL AFT DOE*W/3 |  |