IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-71032-JAD |
| | : | |
| Lorene A. Drake, | : | CHAPTER 13 |
| | : | |
| Debtor | : | |
| | : | |
| vs. | : | Related to Doc. #87 |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW on this 19th day of December, 2017, upon consideration of the Stipulation Of Settlement Of the Payment and Use of Insurance Proceeds, it is hereby ordered and directed as follows:

State Farm shall pay to the debtor, Lorene A. Drake, the total insurance proceeds consisting of $4790.34, For the purchase of a replacement Vehicle.

BY THE COURT:

Jeffery A. Deller
Chief Judge United States Bankruptcy Court

FILED
12/19/17 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-71032-JAD
Lorene Ann Drake                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam             Page 1 of 1              Date Rcvd: Dec 19, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db             +Lorene Ann Drake,    738 Main Street,    Rockwood, PA 15557-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              Andrew R. Thalman    on behalf of Creditor    WesBanco Bank Inc andrewthalman@pgka.com
              James  Warmbrodt     on behalf of Creditor    Caliber Home Loans Inc bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jason J. Mazzei    on behalf of Plaintiff Lorene Ann Drake jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Joseph P. Schalk    on behalf of Creditor    Caliber Home Loans, Inc. jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Lorene Ann Drake ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8