**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  LORENE ANN DRAKE<br><br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  LORENE ANN DRAKE<br><br>        Respondents | Case No. 12-71032JAD<br><br>Chapter 13<br><br>Document No. __90__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __25th__ day of __January__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bur Of Comm Payroll Operations*
Attn: Payroll Manager
Pob 8006
Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of LORENE ANN DRAKE, social security number XXX-XX-0593. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LORENE ANN DRAKE.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
1/25/18 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 12-71032-JAD
Lorene Ann Drake                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: dkam                  Page 1 of 1              Date Rcvd: Jan 25, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db             +Lorene Ann Drake,    738 Main Street,    Rockwood, PA 15557-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
        Andrew R. Thalman    on behalf of Creditor    WesBanco Bank Inc andrewthalman@pgka.com
        James  Warmbrodt    on behalf of Creditor    Caliber Home Loans Inc bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
         bkgroup@kmllawgroup.com
        Jason J. Mazzei    on behalf of Plaintiff Lorene Ann Drake jasonmazzei@me.com,
         donotemail.mazzeiecfbackuponly@gmail.com
        Joseph P. Schalk    on behalf of Creditor    Caliber Home Loans, Inc. jschalk@barley.com,
         sromig@barley.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Lorene Ann Drake ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                      TOTAL: 8